JACK DONNELLY, RESPONDENT, v. WRIGHT AERONAU-
TICAL CORPORATION, PROSECUTOR.

Submitted May 7, 1946—Decided October 1, 1946.

Before CASE, CHIEF JUSTICE, and Justices HEHER and
.COLIE.

For the prosecutor, *John W. Taylor.*

For the respondent, *Nathan & Isadore Rabinowitz.*

The opinion of the court was delivered by

COLIE, J.   The single question for determination is whether
the evidence warranted the court below in finding that the
injured employee sustained a loss of vision in his left eye
amounting to 30%.   Dr. Atwood called on behalf of the in-
jured workman found a 20% loss of vision which was due to
a scar on the cornea; Dr. Lobsenz on behalf of the employer
testified that "ten per cent. disability could be allowed con-
sidering the disfigurement caused by the scar, and my esti-
mate was ten per cent. disability."   While differing greatly
as to the extent of the disfigurement involved, the case of
*Everhart* v. *Newark Cleaning and Dyeing Co.,* 120 *N. J. L.*
474, is authority for an award based upon disfigurement.
In the instant case there was evidence of a 10% disability
based solely upon disfigurement in addition to the 20% loss
of vision.   In this situation we are of the opinion that the
evidence fully supports the award in the Bureau and its af-
firmance by the Common Pleas.

The judgment is affirmed, with costs.